RECEIVED

SEP 0 9 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:25-cr-064 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| METALLIE LEIGH GILLETTE, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Sexual Exploitation of a Child)

In or about September 2022, in the Southern District of Iowa, the defendant, METALLIE LEIGH GILLETTE did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce and in and affecting interstate and foreign commerce.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Distribution of Child Pornography)

From at least in or about September 2022, and continuing to in or about November 2022, in the Southern District of Iowa, the defendant, METALLIE LEIGH GILLETTE, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: digital computer files sent through internet applications—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

2

ECF #2

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Receipt of Child Pornography)**

From on or about March 22, 2022, and continuing to on or about March 23, 2022, in the Southern District of Iowa, the defendant, METALLIE LEIGH GILLETTE, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: digital computer files on the Snapchat application—that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

ECF #2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Possession of Child Pornography)

On or about November 15, 2022, in the Southern District of Iowa, the defendant, METALLIE LEIGH GILLETTE, knowingly possessed material—namely: a gray iPhone—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

4

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 2, 3, and 4 of this Indictment, the defendant, METALLIE LEIGH GILLETTE, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a gray iPhone.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Matthew A. Stone
Assistant United States Attorney

5